Michael D. Dempsey, Esq. (State Bar no. 43310)
DEMPSEY LAW P.C.
1880 Century Park East, Suite 516
Los Angeles, California 90067-1605
Telephone: (310) 551-2300
Facsimile: (310) 551-2302

Attorneys for Defendants Parking Plus, Inc.
and Held Properties, Inc

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEY PERRY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PARKING PLUS, INC., a California corporation; and HELD PROPERTIES, INC., a California corporation,<br><br>　　　　Defendants. | CASE NO.: 2:21-cv-00143 JAK (JEMx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: January 11, 2021<br>Current response date: February 1, 2021<br>New Response date: March 2, 2021 |

　　　　WHEREAS; on January 8, 2021 Plaintiff filed this complaint; and

　　　　WHEREAS: Defendant's current deadline to respond to the Complaint is February 1, 2021; and

　　　　WHEREAS; Defendant seeks time to investigate the factual allegations of the complaint; and

　　　　WHEREAS; Defendant, through counsel, has requested a thirty (30) day extension of time within which to respond to the Complaint and Plaintiff has agreed to

this request.

## **STIPULATION**

THEREFORE, the parties agree through their respective attorneys to the following:

1. Defendant's time to file a responsive pleading in this action shall be extended by thirty (30) days up to and including March 2, 2021;

2. This is the first extension of time to respond for Defendant;

3. This extension will not affect any other deadline in this case; and

This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

DATED: January 20, 2021		DEMPSEY LAW P.C.


By: /s/Michael D. Dempsey
    Michael D. Dempsey, Esq.
    Attorneys for Defendants Parking Plus, Inc. and Held Properties, Inc

DATED: January 20, 2021		VALENTI LAW APC


By: /s/Matt Valenti
    Matt Valenti, Esq.
    Attorneys for Plaintiff Jamey Perry