1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEY PERRY,<br><br>    Plaintiff,<br><br>v.<br><br>PARKING PLUS, INC., et al.,<br><br>    Defendants. | No. 2:21-cv-00143-JAK (JEMx)<br><br>**JUDGMENT**<br><br>**JS-6: CASE TERMINATED** |

1

Defendants' motion for summary judgment is **GRANTED**, and the Plaintiff's complaint is dismissed in its entirety, with prejudice. Defendants' motion for sanctions pursuant to 28 U.S.C. § 1927 is **DENIED** with prejudice.

**IT IS SO ORDERED.**

Dated:  October 17, 2023              _____

                                      John A. Kronstadt
                                      United States District Judge